FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 SEP -6 PM 1:57

OFFICE OF THE CLERK

**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO consent@ned.uscourts.gov. IF PLAINTIFF IS PRO SE, MAIL TO THE CLERK'S OFFICE AT 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN R. JENSEN )
_____, )   Case Number: 7:06cv 5011
            Plaintiff(s), )
v. )   CONSENT TO EXERCISE OF JURISDICTION
MISHLER LAND COMPANY, LTD., )   BY A UNITED STATES MAGISTRATE JUDGE
A Nebraska Corporation )
_____, )
            Defendant(s). )

## CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For John R. Jensen | 8/28/06 |
| [signature] | For Mishler Land Company, LTD. | 9/5/06 |
| | For _____ | |
| | For _____ | |

### DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States Magistrate Judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| | For _____ | |
| | For _____ | |
| | For _____ | |
| | For _____ | |

-1-

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

September 6, 2006.

BY THE COURT:

Richard G. Kopf
United States District Judge