IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| JOHN R. JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5011 |
| | ) | |
| v. | ) | |
| | ) | |
| MISHLER LAND COMPANY, LTD., a Nebraska Corporation, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On March 16, 2007 the court was notified that the parties had reached a settlement of their claims. The court thereupon ordered the parties to file a joint stipulation for dismissal or other dispositive stipulation and submit a draft dismissal order to the court. No stipulation or draft order has been received.

IT THEREFORE HEREBY IS ORDERED,

This case is dismissed.

DATED this 25th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge